IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | ) | Civil Action No. 3:22-1991-CMC |
| Plaintiff, | ) | |
| v. | ) | **TYLER TECHNOLOGIES INC.'S** |
| | ) | **LOCAL RULE 26.01** |
| LEXINGTON COUNTY, SOUTH CAROLINA, | ) | **INTERROGATORY ANSWERS** |
| Defendant. | ) | |

Plaintiff Tyler Technologies, Inc. ("Tyler") responds to the Interrogatories set forth in Local Rule 26.01, DSC, as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** Tyler is not aware of any entities that may have a subrogation interest in any claims.

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** Tyler demands a jury trial as to each claim.

(C)     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**: Tyler states that it has no parent corporation. The following public entities currently own more than 10% of Tyler's outstanding stock:

> The Vanguard Group
> 100 Vanguard Blvd.
> Malvern, PA 19355

Tyler is not the parent for any publicly-owned companies and Tyler does not own more than 10% of any publicly-owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rul. 3.01 (D.S.C.).

**ANSWER**: Defendant Lexington County, South Carolina is a governmental subdivision of South Carolina located in the Columbia Division and a substantial part of the events or omissions giving rise to the claim occurred in the Columbia Division.

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**: To the best of Tyler's knowledge, this case is not related to any other case pending in this District.

(F)    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** Not applicable to Tyler.

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:** Not applicable to Tyler.

Respectfully submitted,

**K&L GATES LLP**

Charleston, South Carolina
Dated: June 23, 2022

/s/ *Tara C. Sullivan*
Tara C. Sullivan
Federal ID No. 11095
Email: tara.sullivan@klgates.com
134 Meeting Street
Suite 500
Charleston, SC  29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

Beth W. Petronio (pro hac forthcoming)
Texas Bar No. 00797664
Email: beth.petronio@klgates.com
1717 Main Street
Suite 2800
Dallas, Texas 75201
Telephone: 214.939.5500
Facsimile: 214.939.5849

**ATTORNEYS FOR
TYLER TECHNOLOGIES, INC.**