IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXINGTON COUNTY, SOUTH )<br>CAROLINA, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:22-cv-01991-CMC<br><br>**TYLER TECHNOLOGIES, INC.'S SUPPLEMENTAL LOCAL RULE 26.01(C) INTERROGATORY ANSWER** |

Per the Court's June 27, 2022 Order, Plaintiff Tyler Technologies, Inc. ("Tyler") provides this supplemental response to the Local Civil Rule Interrogatory 26.01(C):

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**: Tyler is a publicly-owned company that is listed on the New York Stock Exchange. In addition, (1) Tyler has no parent corporation and the only publicly-held company currently owning more than 10% of Tyler's outstanding stock is as follows:

> The Vanguard Group
> 100 Vanguard Blvd.
> Malvern, PA 19355

(2) Tyler is not the parent for any publicly-owned companies; and (3) Tyler does not own more than 10% of the outstanding shares of any publicly-owned company.

**Plaintiff's Supplemental Local Rule 26.01(C) Interrogatory Answer—Page 1**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **K&L GATES LLP** |
| Charleston, South Carolina<br>Dated: June 28, 2022 | /s/ *Tara C. Sullivan*<br>Tara C. Sullivan<br>Federal ID No. 11095<br>Email: tara.sullivan@klgates.com<br>134 Meeting Street<br>Suite 500<br>Charleston, SC  29401<br>Telephone: 843.579.5600<br>Facsimile: 843.579.5601<br><br>Beth W. Petronio (pro hac forthcoming)<br>Texas Bar No. 00797664<br>Email: beth.petronio@klgates.com<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>Telephone: 214.939.5500<br>Facsimile: 214.939.5849<br><br>**ATTORNEYS FOR<br>TYLER TECHNOLOGIES, INC.** |

2