IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON COUNTY, SOUTH CAROLINA, <br><br> Defendant. | Civil Action No. 3:22-cv-01991-CMC <br><br> **NOTICE OF FILING** |

PLEASE TAKE NOTICE THAT Plaintiff Tyler Technologies, Inc. hereby files the Waiver of Service of Summons on behalf of Lexington County, South Carolina attached hereto.

Charleston, South Carolina
Dated: July 11, 2022

/s/ *Tara C. Sullivan*
Tara C. Sullivan, Federal ID No. 11095
Email: tara.sullivan@klgates.com
134 Meeting Street, Suite 500
Charleston, SC  29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

Beth W. Petronio (pro hac forthcoming)
Texas Bar No. 00797664
Email: beth.petronio@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: 214.939.5500
Facsimile: 214.939.5849

**ATTORNEYS FOR PLAINTIFF
TYLER TECHNOLOGIES, INC.**