# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (COLUMBIA DIVISION)

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> LEXINGTON COUNTY, SOUTH CAROLINA, ) <br> Defendant. ) <br> ) | **Case No.** 3:22-cv-01991-CMC <br><br> **Application/Affidavit for** <br> ***Pro Hac Vice* Admission** |

(1)  Name.     Beth          W.          Petronio
              First        Middle         Last

(2)  Residence. I reside in the following state: Texas
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: K&L Gates LLP
   Mailing address: 1717 Main Street, Suite 2800     City/State/Zip: Dallas, TX 75201
   Telephone number: (214) 939-5815
   Facsimile number: (214) 939-5849
   E-mail address: beth.petronio@klgates.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of Texas where I regularly practice law. **Attached is my certificate of good standing.**

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| See Exhibit A attached. | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)
_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked? ☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)
_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction? ☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)
_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States? ☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)
_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Tara C. Sullivan |
| Firm Name: | K&L Gates LLP |
| Street Address or Post Office Box: | 134 Meeting Street, Suite 500 |
| City, State, and Zip Code: | Charleston, SC 29401 |
| Telephone Number: | (843) 579-5679 |
| E-Mail Address: | tara.sullivan@klgates.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____
_____

(14) Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties: Tyler Technologies, Inc.

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

<signature block next page>

Page 3 of 4

_____
Signature of Applicant

Sworn to and subscribed before me
this 8th day of July, 2022.


_____
A Notary Public
of the State of Texas

My Commission expires: February 21, 2023

```
STEVEN CRAIG MARTINDALE
Notary Public
State of Texas
ID # 13189008-8
My Comm. Expires 02-21-2023
```

**Exhibit A to Application/Affidavit for *Pro Hac Vice* Admission**

| Court | Date Admitted | Good Standing |
|---|---|---|
| United States District Court for the Northern District of Texas | 1996 | Yes |
| United States District Court for the Western District of Texas | 1999 | Yes |
| United States District Court for the Southern District of Texas | 2001 | Yes |
| United States Court of Appeals for the Fifth Circuit | 2010 | Yes |
| United States Court of Appeals for the Second Circuit | 2012 | Yes |
| United States District Court for the Eastern District of Texas | 2014 | Yes |

505892968.1

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 08, 2022

Re: Ms. Beth Bivans Petronio, State Bar Number 00797664

To Whom It May Concern:

This is to certify that Ms. Beth Bivans Petronio was licensed to practice law in Texas on November 01, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167