# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| **TYLER TECHNOLOGIES, INC.,** | ) |
| | ) Civil Action No. 3:22-cv-01991-CMC |
| **Plaintiff,** | ) |
| | ) |
| | ) **RULE 26(f) REPORT** |
| | ) |
| **LEXINGTON COUNTY, SOUTH CAROLINA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

                                                Respectfully submitted,

                                                **K&L GATES LLP**

| Charleston, South Carolina | /s/ *Tara C. Sullivan* |
|---|---|
| Dated: October 3, 2022 | Tara C. Sullivan |
| | Federal ID No. 11095 |
| | Email: tara.sullivan@klgates.com |
| | 134 Meeting Street |
| | Suite 500 |
| | Charleston, SC  29401 |
| | Telephone: 843.579.5600 |
| | Facsimile: 843.579.5601 |

                                                Beth W. Petronio (admitted pro hac vice)
Texas Bar No. 00797664
Email: beth.petronio@klgates.com
1717 Main Street
Suite 2800
Dallas, Texas 75201
Telephone: 214.939.5500
Facsimile: 214.939.5849

                                                **ATTORNEYS FOR**
**TYLER TECHNOLOGIES, INC.**

                                                **DAVIS FRAWLEY, LLC**

                                                /s/ *Jeff M. Anderson*
Jeff M. Anderson
Federal ID No. 1084
Email: jeffanderson@oldcourthouse.com
140 East Main Street
Lexington, SC  29072
Telephone: 803.359.2512

                                                **ATTORNEYS FOR LEXINGTON COUNTY,**
**SOUTH CAROLINA**