IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., ) | |
| ) | Civil Action No. 3:22-1991-CMC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEXINGTON COUNTY, SOUTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Tyler Technologies, Inc. and Defendant and Counter-Plaintiff Lexington County, South Carolina (collectively, the "Parties") hereby jointly **DISMISS WITH PREJUDICE** all claims and counterclaims asserted by the Parties in this action.  Each of the Parties shall bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **K&L GATES LLP** |
| Charleston, South Carolina<br>Dated: January 13, 2023 | /s/ *Tara C. Sullivan*<br>Tara C. Sullivan<br>Federal ID No. 11095<br>Email: tara.sullivan@klgates.com<br>134 Meeting Street<br>Suite 500<br>Charleston, SC  29401<br>Telephone: 843.579.5600<br>Facsimile: 843.579.5601<br><br>Beth W. Petronio (admitted pro hac vice)<br>Texas Bar No. 00797664<br>Email: beth.petronio@klgates.com<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>Telephone: 214.939.5500<br>Facsimile: 214.939.5849<br><br>**ATTORNEYS FOR<br>TYLER TECHNOLOGIES, INC.**<br><br><br>**DAVIS FRAWLEY, LLC**<br><br>/s/ *Jeff M. Anderson*<br>Jeff M. Anderson<br>Federal ID No. 1084<br>Email: jeffanderson@oldcourthouse.com<br>140 East Main Street<br>Lexington, SC  29072<br>Telephone: 803.359.2512<br><br>**ATTORNEYS FOR LEXINGTON COUNTY,<br>SOUTH CAROLINA** |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by CM/ECF, email or U.S. mail.


          /s/ *Tara C. Sullivan*
          Tara C. Sullivan